KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT WICHITA

| | |
|---|---|
| DONALD E. MOORE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>P H NORTH, INC., D/B/A )<br>STAAB MANAGEMENT COMPANY, )<br>D/B/A PIZZA HUT, )<br>)<br>Defendant. )<br>) | Case No. 23-cv-1008-TC-TJJ |

## MOTION TO WITHDRAW AS COUNSEL FOR DONALD E. MOORE

Larry G. Michel hereby moves the Court pursuant to D.Kan.Rule 83.5.5(a) for an Order allowing him to withdraw as counsel of record for the Plaintiff, Donald E. Moore, in the above case. In support of his Motion to Withdraw, Counsel states and alleges as follows:

(1) Counsel filed this action on behalf of the Plaintiff on January 20, 2023.

(2) Counsel has good cause to withdraw because he is leaving the private practice of law and is assuming a position as in-house counsel.

(3) Counsel has provided notice to Plaintiff Donald E. Moore through certified mail and e-mail that, if this motion is granted, he is personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order.

(4) Counsel also has provided notice to Plaintiff Donald E. Moore through certified mail and e-mail of the dates of any pending trial, hearings, conferences, and deadlines.

(5) Plaintiff Moore's current mailing address is as follows:

> Donald E. Moore
> 1919 Madison Street
> Great Bend, Kansas 67530

WHEREFORE, Counsel respectfully requests that the Court enter an Order allowing him to withdraw as Attorney of Record for Plaintiff Donald E. Moore.

RESPECTFULLY SUBMITTED,

/s/ *Larry G. Michel*
Larry G. Michel, #14067
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he electronically filed the forgoing Motion to Withdraw with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

>/s/*Samantha M. H. Woods*
>Samantha M.H. Woods, #25929
>645 E. Douglas Ave., Suite 100
>Wichita, KS 67202
>Tel: (316) 265-9311
>Fax: (316) 265-2955
>smwoods@martinpringle.com
>
>/s/*Tanya J. Hansen*
>Tonya J. Hansen, #23306
>104 N. Wheeler Avenue
>Grand Island, NE 68801
>Telephone: (308) 382-1930
>Fax: (308) 382-5521
>Email: thansen@gilawfirm.com
>*Attorneys for Staab Management Company, d/b/a Pizza Hut*

a copy of the Motion to Withdraw has been served on Plaintiff by certified mail and e-mail to:

>Donald E. Moore
>1919 Madison Street
>Great Bend, Kansas 67530
>don.moore1605.dm@gmail.com

on this 9th day of October, 2023.

>/s/ Larry G. Michel
>Larry G. Michel